UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 4:05CR107 HEA |
| COREY LOUIS HINES, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On February 24, 2006, the Court sentenced defendant. On the record, the Court stated that defendant's sentence was to be a total of 36 months. The sentence, however, is a total of 24 months.

Accordingly,

**IT IS HEREBY ORDERED** that the judgment in this matter shall reflect the correct term of imprisonment of 24 months.

Dated this 28th day of February, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE